PROB 22
(Rev. 04/17)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
4:19CR01055-1 RLW

DOCKET NUMBER *(Rec. Court)*
4:22-cr-183-SMR-HCA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Terry Young<br>734 31st Street<br>Des Moines, Iowa 50312 | Eastern District of Missouri | Eastern Division<br>St. Louis, MO |
| | NAME OF SENTENCING JUDGE<br>The Honorable Ronnie L. White<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 7, 2022 — TO September 6, 2024 |

OFFENSE

Felon in Possession of a Firearm

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"Eastern District of Missouri"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

October 25, 2022
*Date*

Ronnie L. White
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 1, 2022
*Effective Date*

Stephanie M. Rose
*Chief United States District Judge*