**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 23-3705

United States of America

Appellee

v.

Terry Young

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00183-SMR-1)

---

**MANDATE**

In accordance with the opinion and judgment of February 14, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 07, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit